Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VANDERLAAN, et al, | CASE NO.: 2:20-cv-11624 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| MID VALLEY COLLECTION BUREAU, et al | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff DIANA VANDERLAAN and the Defendants, MID VALLEY COLLECTION BUREAU, LAW OFFICES OF CHRISTOPHER STAPLETON, THE BEST SERVICE COMPANY, INC., TODD SHIELDS and DONALD HOPP, has been resolved. Plaintiff anticipates filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days. Plaintiff requests that the Court set a deadline of November 1, 2021 for filing a Stipulation of Dismissal.

Dated: October 1, 2021          Respectfully Submitted,

                                /s/ Amir J. Goldstein
                                Amir J. Goldstein, Attorney for Plaintiff