Amir J. Goldstein (SBN 255620)
ajg@consumercounselgroup.com
THE LAW OFFICES OF AMIR J. GOLDSTEIN, ESQ.
7304 Beverly Boulevard, Suite 212
Los Angeles, California 90036
(323) 937-0400 Telephone
(866) 288-9194 Facsimile

Attorneys for Plaintiff
DIANA VANDERLAAN

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants
MID VALLEY COLLECTION BUREAU;
LAW OFFICES OF CHRISTOPHER STAPLETON;
THE BEST SERVICE COMPANY, INC.;
TODD SHIELDS and DONALD HOPP,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VANDERLAAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MID VALLEY COLLECTION BUREAU, et al.,<br><br>Defendants. | CASE NO.: 2:20-cv-11624-AB-MRW<br><br>**STIPULATION FOR DISMISSAL** |

{00161231;1}

1

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and jointly requested by Plaintiff DIANA VANDERLAAN ("Plaintiff") and Defendants MID VALLEY COLLECTION BUREAU; LAW OFFICES OF CHRISTOPHER STAPLETON; THE BEST SERVICE COMPANY, INC.; TODD SHIELDS and DONALD HOPP ("Defendants"), through their respective counsel, that the above-entitled action shall be dismissed in its entirety, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

DATED: October 25, 2021      THE LAW OFFICES OF AMIR J. GOLDSTEIN

By:   s/Amir J. Goldstein
Amir J. Goldstein
Attorneys for Plaintiff
DIANA VANDERLAAN

DATED: October 25, 2021      CARLSON & MESSER LLP

By:   s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendants
MID VALLEY COLLECTION BUREAU; LAW OFFICES OF CHRISTOPHER STAPLETON; THE BEST SERVICE COMPANY, INC.; TODD SHIELDS and DONALD HOPP

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix his electronic signature to this document.

DATED: October 25, 2021    CARLSON & MESSER LLP

                          By:   s/Martin Schannong
                                David J. Kaminski
                                Martin Schannong
                                Attorneys for Defendants
                                MID VALLEY COLLECTION BUREAU;
                                LAW OFFICES OF CHRISTOPHER
                                STAPLETON; THE BEST SERVICE
                                COMPANY, INC.; TODD SHIELDS and
                                DONALD HOPP

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED:  October 25, 2021          CARLSON & MESSER LLP


                                  By:    s/Martin Schannong
                                         David J. Kaminski
                                         Martin Schannong
                                         Attorneys for Defendants
                                         MID VALLEY COLLECTION BUREAU;
                                         LAW OFFICES OF CHRISTOPHER
                                         STAPLETON; THE BEST SERVICE
                                         COMPANY, INC.; TODD SHIELDS and
                                         DONALD HOPP