# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VANDERLAAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MID VALLEY COLLECTION BUREAU, et al.,<br><br>    Defendants. | CASE NO.: 2:20-cv-11624-TJH(MRWx)<br><br>**ORDER OF DISMISSAL [JS-6]** |

    Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

    IT IS SO ORDERED.

DATED: OCTOBER 25, 2021

                                  HON. TERRY J. HATTER, JR.
                                  UNITED STATES DISTRICT JUDGE